UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 19 C 50224 ) ) Judge Reinhard |
| KARYL VALENTA, | ) ) |
| Defendant. | ) |

**AGREED MOTION FOR ENTRY OF JUDGMENT**

The United States of America, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, and Karyl Valenta, represented by Paul Gaziano have stipulated and agreed to the entry of a consent judgment to resolve this case, as more fully explained in the Stipulation for Entry of Consent Judgment, Dkt. 5.

WHEREFORE, the parties request that the court enter a judgment in accordance with the stipulation for entry of consent judgment. A draft order will be submitted to the court's proposed order mailbox.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Scott D. Heffron
SCOTT D. HEFFRON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-4190
scott.heffron@usdoj.gov